# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No. 6:20-cv-00927-PGB-EJK

| | |
|---|---|
| CHRISTOPHER RHODES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, Inc., <br><br> Defendant. | **MOTION TO COMPEL** |

Plaintiff Christopher Rhodes moves to compel documents and information from Defendant Embry-Riddle Aeronautical University, Inc. ("Defendant") pursuant to FRCP 37(a) and ECF No. 6. Plaintiff seeks production of additional responsive documents in usable, searchable format.

On August 30, 2020, Plaintiff served his Requests for Production, Set I, which Defendant responded to on November 9, 2020. Ex. A, Declaration of Patrick Madden, ¶ 3; Exs. 1-2. On January 7, 2021, Defendant made its first and only document production: a single, undifferentiated 433-page pdf file. *Id.* ¶ 4. During a meet and confer call on January 20, 2021, Plaintiff raised concerns about the completeness and format of this production, and the parties agreed that (1) they would negotiate a protocol to govern the search for and production of electronically

stored information ("ESI Protocol"); future productions would be provided in the format provided for in the ESI Protocol and past productions would be re-produced in conformance with the ESI Protocol; (2) the parties would negotiate a confidentiality agreement; and (3) the parties would jointly request amendment to the schedule in this matter to clarify and extend several deadlines. *Id.* ¶ 5.

After that call, the parties reached agreement on the confidentiality agreement, which was finalized in February 2021. *Id.* ¶ 6. The parties also worked diligently on the ESI Protocol, holding a number of calls and exchanging numerous drafts, and ultimately reaching agreement on March 24, 2021. *Id.* ¶ 7 & Ex. 3.

Despite the parties having reached agreement on the protective order and ESI Protocol three weeks ago, and despite Plaintiff's attempts to meet and confer with Defendant, Defendant has failed to (1) re-produce its original 433-page production in a usable format that complies with the ESI Protocol; and (2) supplement its original production with further responsive materials. *Id.*, ¶8. In addition to the technical deficiencies in their production, Defendant failed to produce the vast majority of relevant information sought by Plaintiffs' document requests, including:

1. Information about the student body, including total enrolment numbers, numbers enrolled for online and in-person options, as well as the amount of tuition and fees charged;

2. Financial information concerning:

   a. Costs of online vs in-person instruction;

   b. Costs and savings associate with COVID closures;

   c. Costs associated with refunding fees and tuition to students; and

   d. Expenditure of funds for itemized fees; and

3. Internal emails of any kind, including related to:

   a. Decision to move classes online;

   b. Instruction to teachers re: online platforms;

4. Communications of any kind, including complaints or communications about online education or requests for refunds and responses thereto *Id.* ¶ 9. All of this information was requested in Plaintiff's document requests. *Id.* ¶ 10. Without this basic information, Plaintiff's expert is hindered in developing his opinion on class certification. Presently, the deadline for deposing class experts is May 20, 2021, so resolution of these discovery issues is pressing. Defendant should be compelled to produce immediately responsive documents.

Dated: April 16, 2021                    Respectfully submitted,

                                         *s/ Patrick Madden*
                                         Patrick Madden (PHV)
                                         pmadden@bm.net
                                         **BERGER MONTAGUE PC**
                                         1818 Market Street, Suite 3600
                                         Philadelphia, PA 19103
                                         Tel: (215) 875-3000
                                         Fax: (215) 875-4604

        *s/Matthew D. Schultz*
Matthew D. Schultz (FBN 0640328)
LEVIN, PAPANTONIO, THOMAS,
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
mschultz@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

*Attorneys for Plaintiff & The Proposed Class*

**Local Rule 3.01(g) Certification**

On April 12, 2021, I attempted to reach Defendant's counsel Shaina Stahl by telephone concerning the issues in this motion. I left a voicemail message when she did not answer. I followed up that voicemail with an email on April 12, 2021 explaining the issues we intended to raise and requesting Defendant's position no later than the end of the day on Wednesday, April 14, 2021 and stating that Plaintiffs would need to take action on these issues by the end of the week. I did not receive any response to the voicemail or email (and did not receive an out-of-office or similar automated response from Ms. Stahl).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April 2021, a copy of the foregoing was electronically filed with the Court's CM/ECF System which will send notices of electronic filing and copy to all parties of record.

*s/ Patrick Madden*
Patrick Madden (PHV)
pmadden@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
