IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER RHODES, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, Inc., <br><br>　　　　　Defendant. | Case No. 6:20-cv-00927-PGB-EJK |

## NOTICE OF SETTLEMENT

Pursuant to the Court's Order (Dkt. No. 85), Plaintiff advises the Court this matter has been settled.

Dated: April 12, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Matthew D. Schultz*
　　　　　　　　　　　　　　　　　　　Matthew D. Schultz (FBN 0640328)
　　　　　　　　　　　　　　　　　　　**LEVIN PAPANTONIO RAFFERTY**
　　　　　　　　　　　　　　　　　　　mschultz@levinlaw.com
　　　　　　　　　　　　　　　　　　　Rebecca K. Timmons (FBN 121701)
　　　　　　　　　　　　　　　　　　　btimmons@levinlaw.com
　　　　　　　　　　　　　　　　　　　316 S. Baylen St., Suite 600
　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　Tel: (850) 435-7140
　　　　　　　　　　　　　　　　　　　Fax: (850) 436-6140

　　　　　　　　　　　　　　　　　　　E. Michelle Drake (PHV)
　　　　　　　　　　　　　　　　　　　**BERGER MONTAGUE PC**
　　　　　　　　　　　　　　　　　　　emdrake@bm.net
　　　　　　　　　　　　　　　　　　　Ariana Kiener (PHV)
　　　　　　　　　　　　　　　　　　　akiener@bm.net
　　　　　　　　　　　　　　　　　　　1229 Tyler St. NE, Suite 205
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55413
　　　　　　　　　　　　　　　　　　　Tel: (612) 594-5999

Patrick Madden (PHV)
pmadden@bm.net
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiff & The Proposed Class*