## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CHRISTOPHER RHODES,**

      **Plaintiff,**

v.                                        **Case No: 6:20-cv-927-PGB-EJK**

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff Christopher Rhodes and Defendant Embry-Riddle Aeronautical University, Inc.'s Joint Stipulation of Dismissal With Prejudice, filed April 11, 2023. (Doc. 84). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Embry-Riddle Aeronautical University, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 13, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties